COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS


 
 
  
  
  
  
  
 IN RE:  SIERRA CLUB,
  
  
                                               
 Relator.
  
  
 
 
  
   
    
 '
    
 '
    
 '
    
 '
  
  
 
 
  
  
  
  
                   No. 08-12-00282-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
  
 
 


                                                     MEMORANDUM
OPINION

 

Relator, Sierra Club, has
filed a petition for writ of mandamus, requesting that this Court compel the Honorable
Martin Muncy, presiding judge of the 109th Judicial District Court of Andrews
County, to withdraw his order granting discovery while Sierra Club’s motion to
dismiss filed pursuant to Section 27.003 of the Texas Civil Practice and
Remedies Code is pending.  A writ of
mandamus will issue only if the trial court clearly abused its discretion and
if the relator has no adequate remedy by appeal.  In re
Prudential Insurance Company of America, 148 S.W.3d 124, 135-36 (Tex.
2004).  Based on the petition for writ of
mandamus, the mandamus record, and the response filed by the Real Party in
Interest, Andrews County, we conclude that Sierra Club has failed to show it is
entitled to mandamus relief.  We
therefore deny the petition for writ of mandamus and lift the stay order
entered on September 24, 2012.

 

November 28, 2012                            _______________________________________________

ANN CRAWFORD McCLURE,
Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.